UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: § 
 § 
Jaylene M Stephens § Case No. 14-20347
 § 
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        219 S. Dearborn Street
        Chicago, IL 60604
Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/19/2016 in Courtroom 619,
        U.S. Bankrptcy Court
        219 S. Dearborn Street
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/11/2015          By: /s/ Gregg Szilagyi
                                                                               Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                         §
                               §
Jaylene M Stephens             §   Case No. 14-20347
                               §
          Debtor               §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 7,841.44 |
| and approved disbursements of | $ | 3,690.00 |
| leaving a balance on hand of[1] | $ | 4,151.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GREGG SZILAGYI | $ 1,060.36 | $ 0.00 | $ 1,060.36 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,060.36 |
| Remaining Balance | $ 3,091.08 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 17,290.46 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 5,882.80 | $ 0.00 | $ 1,051.69 |
| 2 | Quantum3 Group Llc As Agent For | $ 385.75 | $ 0.00 | $ 68.96 |
| 3 | N. A. Capital One Bank (Usa) | $ 3,048.70 | $ 0.00 | $ 545.03 |
| 4 | N. A. Capital One Bank (Usa) | $ 2,042.44 | $ 0.00 | $ 365.13 |
| 5 | Cerastes, Llc | $ 2,993.27 | $ 0.00 | $ 535.12 |
| 6 | American InfoSource LP as agent for | $ 2,856.57 | $ 0.00 | $ 510.68 |
| 7 | Capital Recovery V, Llc | $ 80.93 | $ 0.00 | $ 14.47 |
| | Total to be paid to timely general unsecured creditors | | | $ 3,091.08 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi

                                                              Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                       Case No. 14-20347-DRC
Jaylene M Stephens                                                           Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-1           User: lhuley                Page 1 of 2                 Date Rcvd: Dec 14, 2015
                               Form ID: pdf006             Total Noticed: 46


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2015.
db             +Jaylene M Stephens,    5825 S Sayre Ave,    Chicago, IL 60638-3124
21998022       +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
21998023      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410)
21998025       +Cap One,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
21998026       +Cap1/carsn,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
21998027       +Capital 1 Bank,    Attn: Bankruptcy Dept.,    Po Box 30285,    Salt Lake City, UT 84130-0285
22241268        Capital One Bank (USA), N.A.,    by American InfoSource L.P. as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
21998028       +Cath/soanb,    4590 E Broad St,    Columbus, OH 43213-1301
21998029       +Ccs/first Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
21998030       +Chase,    P.o. Box 15298,    Wilmington, DE 19850-5298
21998031       +Chase - Cc,    Po Box 15298,    Wilmington, DE 19850-5298
21998032       +Chase Mht Bk,    Attention: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
21998034       +Comenity Bank/Express,    Attn: Bankruptcy Dept,    PO Box 182686,    Columbus, OH 43218-2686
21998035       +Comenity Bank/Victorias Secret,    Attn. Bankruptcy,    P.O. Box 182686,
                 Columbus, OH 43218-2686
21998033       +Comenity Bank/carsons,    3100 Easton Square Pl,    Columbus, OH 43219-6232
21998037       +Dsnb Bloomingdales,    Macy's Bankruptcy Dept.,    Po Box 8053,    Mason, OH 45040-8053
21998038       +Express/Comenity Bank,    Attention: Bankruptcy Dept,    Po Box 182686,    Columbus, OH 43218-2686
21998039       +First Svg Cc,    500 E 60th St N,    Sioux Falls, SD 57104-0478
21998046       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
21998045       +Hsbc Bank,    Attention: HSBC Retail Services,    Po Box 5264,    Carol Stream, IL 60197-5264
21998047       +Hsbc/bstby,    Po Box 30253,    Salt Lake City, UT 84130-0253
21998050       +PECO Customer Service Center,    2301 Market Street,    Philadelphia, PA 19103-1338
21998051       +Peoples Gas,    Attention: Bankruptcy Department,    130 E. Randolph 17th Floor,
                 Chicago, IL 60601-6207
21998052       +Rnb-fields3/Macy's,    Macy's Bankruptcy Department,    Po Box 8053,    Mason, OH 45040-8053
21998053       +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
21998054       +Sprint,    Attn: Bankruptcy Dept,    PO Box 660075,    Dallas, TX 75266-0075
21998057       +Target N.b.,    Po Box 673,    Minneapolis, MN 55440-0673
21998058       +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
21998061      ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
               (address filed with court: Von Maur,     Attn: Credit Dept,    6565 Brady St.,
                 Davenport, IA 52806)
21998059       +Victoria's Secret,    PO Box 182124,    Columbus, OH 43218-2124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22253849        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 15 2015 01:29:30
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK   73124-8866
22250722       +E-mail/Text: bncmail@w-legal.com Dec 15 2015 01:26:15        CERASTES, LLC,
                 C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
22473865        E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2015 01:21:55        Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
22180135        E-mail/Text: mrdiscen@discover.com Dec 15 2015 01:24:53        Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
21998036       +E-mail/Text: mrdiscen@discover.com Dec 15 2015 01:24:53        Discover Fin Svcs Llc,
                 Po Box 15316,    Wilmington, DE 19850-5316
21998040       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2015 01:21:45        GECRB/ Old Navy,
                 Attention: GEMB,    Po Box 103104,    Roswell, GA 30076-9104
21998041       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2015 01:21:45        Gecrb/gap,   4125 Windward Plaza,
                 Alpharetta, GA 30005-8738
21998042       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2015 01:21:46        Gecrb/tjx Cos,   Po Box 965005,
                 Orlando, FL 32896-5005
21998043       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2015 01:22:54        Gecrb/toys,   Po Box 965005,
                 Orlando, FL 32896-5005
21998044       +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2015 01:21:45        Gemb/walmart,    Attn: Bankruptcy,
                 Po Box 103104,    Roswell, GA 30076-9104
21998048       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 15 2015 01:25:09         Kohls/capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
21998049       +E-mail/Text: bnc@nordstrom.com Dec 15 2015 01:25:12        Nordstrom FSB,
                 Attention: Account Services,    Po Box 6566,    Englewood, CO 80155-6566
22183137        E-mail/Text: bnc-quantum@quantum3group.com Dec 15 2015 01:25:37
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
21998055        E-mail/Text: appebnmailbox@sprint.com Dec 15 2015 01:25:48        Sprint,    PO Box 4191,
                 Carol Stream, IL 60197
21998056       +E-mail/Text: appebnmailbox@sprint.com Dec 15 2015 01:25:48        Sprint,    PO Box 7993,
                 Overland Park, KS 66207-0993
21998060       +E-mail/Text: vci.bkcy@vwcredit.com Dec 15 2015 01:26:15        Volkswagon Credit Inc,
                 National Bankruptcy Services,    9441 Lbj Freeway, Suite 250,    Dallas, TX 75243-4640
                                                                                               TOTAL: 16
```

```
District/off: 0752-1           User: lhuley              Page 2 of 2              Date Rcvd: Dec 14, 2015
                               Form ID: pdf006          Total Noticed: 46

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21998024*       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank Of America,    Po Box 982235,    El Paso, TX 79998)
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2015 at the address(es) listed below:
              Gregg   Szilagyi    gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald P Strojny, Jr    on behalf of Debtor 1 Jaylene M Stephens rpstrojny@yahoo.com
                                                                                             TOTAL: 3
```