UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
Jaylene M Stephens                  §    Case No. 14-20347
                                    §
                                    §
         Debtor                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 9,000.00 |
| Total Distributions to Claimants: 3,091.08 | Claims Discharged Without Payment: 50,248.54 |
| Total Expenses of Administration: 1,150.36 | |

3) Total gross receipts of $ 7,841.44  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 3,600.00  (see **Exhibit 2**), yielded net receipts of $ 4,241.44  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,150.36 | 1,150.36 | 1,150.36 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 35,139.00 | 18,200.62 | 18,200.62 | 3,091.08 |
| **TOTAL DISBURSEMENTS** | $ 35,139.00 | $ 19,350.98 | $ 19,350.98 | $ 4,241.44 |

4) This case was originally filed under chapter 7 on 05/30/2014 . The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  05/10/2016                 By:/s/GREGG SZILAGYI
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| LAWSUIT - VASICH V. CITY OF CHICAGO | 1149-000 | 7,841.44 |
| TOTAL GROSS RECEIPTS | | $ 7,841.44 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jaylene M Stephens | Exemptions | 8100-002 | 3,600.00 |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 3,600.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGG SZILAGYI | 2100-000 | NA | 1,060.36 | 1,060.36 | 1,060.36 |
| Associated Bank | 2600-000 | NA | 90.00 | 90.00 | 90.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,150.36 | $ 1,150.36 | $ 1,150.36 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Po Box 3001 16 General Warren Blvd Malvern, PA 19355 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Attention: Recovery Department 4161 Peidmont Pkwy. Greensboro, NC 27410 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America Po Box 982235 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | Cap One 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Cap1/carsn 26525 N Riverwoods Blvd Mettawa, IL 60045 | | 0.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 11,511.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 2,969.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital 1 Bank Attn: Bankruptcy Dept. Po Box 30285 Salt Lake City, UT 84130 | | 1,978.00 | NA | NA | 0.00 |
| | Cath/soanb 4590 E Broad St Columbus, OH 43213 | | 0.00 | NA | NA | 0.00 |
| | Ccs/first Savings Bank 500 E 60th St N Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | Chase - Cc Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase Mht Bk Attention: Bankruptcy Po Box 15298 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 1,925.00 | NA | NA | 0.00 |
| | Chase P.o. Box 15298 Wilmington, DE 19850 | | 5,318.00 | NA | NA | 0.00 |
| | Comenity Bank/carsons 3100 Easton Square Pl Columbus, OH 43219 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comenity Bank/Express Attn: Bankruptcy Dept PO Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Comenity Bank/Victorias Secret Attn. Bankruptcy P.O. Box 182686 Columbus, OH 43215 | | 0.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 5,752.00 | NA | NA | 0.00 |
| | Dsnb Bloomingdales Macy's Bankruptcy Dept. Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Express/Comenity Bank Attention: Bankruptcy Dept Po Box 182686 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | First Svg Cc 500 E 60th St N Sioux Falls, SD 57104 | | 0.00 | NA | NA | 0.00 |
| | GECRB/ Old Navy Attention: GEMB Po Box 103104 Roswell, GA 30076 | | 54.00 | NA | NA | 0.00 |
| | Gecrb/gap 4125 Windward Plaza Alpharetta, GA 30005 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gecrb/gap 4125 Windward Plaza Alpharetta, GA 30005 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/gap 4125 Windward Plaza Alpharetta, GA 30005 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/tjx Cos Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gecrb/toys Po Box 965005 Orlando, FL 32896 | | 0.00 | NA | NA | 0.00 |
| | Gemb/walmart Attn: Bankruptcy Po Box 103104 Roswell, GA 30076 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Attention: HSBC Retail Services Po Box 5264 Carol Stream, IL 60197 | | 2,898.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bstby Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |
| | Hsbc/bstby Po Box 30253 Salt Lake City, UT 84130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls/capone N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 0.00 | NA | NA | 0.00 |
| | Nordstrom FSB Attention: Account Services Po Box 6566 Englewood, CO 80155 | | 0.00 | NA | NA | 0.00 |
| | PECO Customer Service Center 2301 Market Street Philadelphia, PA 19103 | | 0.00 | NA | NA | 0.00 |
| | Peoples Gas Attention: Bankruptcy Department 130 E. Randolph 17th Floor Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Rnb-fields3/Macy's Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | | 0.00 | NA | NA | 0.00 |
| | Sears/cbna Po Box 6282 Sioux Falls, SD 57117 | | 0.00 | NA | NA | 0.00 |
| | Sprint Attn: Bankruptcy Dept PO Box 660075 Dallas, TX 75266 | | 0.00 | NA | NA | 0.00 |
| | Target N.b. Po Box 673 Minneapolis, MN 55440 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Td Bank Usa/targetcred Po Box 673 Minneapolis, MN 55440 | | 2,734.00 | NA | NA | 0.00 |
| | Victoria's Secret PO Box 182124 Columbus, OH 43218 | | 0.00 | NA | NA | 0.00 |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | 0.00 | NA | NA | 0.00 |
| | Volkswagon Credit Inc National Bankruptcy Services 9441 Lbj Freeway, Suite 250 Dallas, TX 75241 | | 0.00 | NA | NA | 0.00 |
| | Von Maur Attn: Credit Dept 6565 Brady St. Davenport, IA 52806 | | 0.00 | NA | NA | 0.00 |
| 6 | American InfoSource LP as agent for | 7100-000 | NA | 2,856.57 | 2,856.57 | 510.68 |
| 7 | Capital Recovery V, Llc | 7100-000 | NA | 80.93 | 80.93 | 14.47 |
| 5 | Cerastes, Llc | 7100-000 | NA | 2,993.27 | 2,993.27 | 535.12 |
| | Clerk of the U. S. Bankruptcy Court | 7100-000 | NA | 910.16 | 910.16 | 910.16 |
| 1 | Discover Bank | 7100-000 | NA | 5,882.80 | 5,882.80 | 1,051.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 3,048.70 | 3,048.70 | 0.00 |
| 4 | N. A. Capital One Bank (Usa) | 7100-000 | NA | 2,042.44 | 2,042.44 | 0.00 |
| 2 | Quantum3 Group Llc As Agent For | 7100-000 | NA | 385.75 | 385.75 | 68.96 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 35,139.00 | $ 18,200.62 | $ 18,200.62 | $ 3,091.08 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 14-20347 | DRC | Judge: | Donald R Cassling | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|---|---|---|
| Case Name: | Jaylene M Stephens | | | | Date Filed (f) or Converted (c): | 05/30/2014 (f) |
| | | | | | 341(a) Meeting Date: | 07/15/2014 |
| For Period Ending: | 05/10/2016 | | | | Claims Bar Date: | 10/16/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. North Community Bank Checking Account | 500.00 | 0.00 | | 0.00 | FA |
| 2. Bed, Dresser, Tv, Radio, Computer, Cell Phone (Debtor Reside (u) | 250.00 | Unknown | | 0.00 | FA |
| 3. Books, Pictures, Family Photos, Cds, Dvds, Games | 100.00 | 0.00 | | 0.00 | FA |
| 4. Necessary Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 5. Ring, Watch, Costume Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 6. Past Due Child Support | Unknown | Unknown | | 0.00 | FA |
| 7. 2004 Volkswagon Jetta Sedan With Approximately 140,000 Miles | 1,600.00 | 0.00 | | 0.00 | FA |
| 8. Hair Stylist Equipment | 500.00 | 0.00 | | 0.00 | FA |
| 9. LAWSUIT - VASICH V. CITY OF CHICAGO (u) | 7,800.00 | Unknown | | 7,841.44 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $11,150.00 | $0.00 | | $7,841.44 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TFR HAS BEEN APPROVED AND FILED WITH THE COURT.

Initial Projected Date of Final Report (TFR): 09/01/2015    Current Projected Date of Final Report (TFR): 09/01/2015

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 14-20347  
Case Name: Jaylene M Stephens  
Taxpayer ID No:  
For Period Ending: 05/10/2016

Trustee Name: GREGG SZILAGYI  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX2849  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/03/14 | 9 | CITY OF CHICAGO | SETTLEMENT PROCEEDS | 1149-000 | $7,841.44 | | $7,841.44 |
| 09/03/14 | 101 | Jaylene M Stephens<br>5825 S SAYRE AVE<br>CHICAGO, IL  60638 | EXEMPTION PAYMENT | 8100-002 | | $3,600.00 | $4,241.44 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,231.44 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,221.44 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,211.44 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,201.44 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,191.44 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,181.44 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,171.44 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,161.44 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,151.44 |
| 01/19/16 | 102 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1400<br>Chicago, Illinois  60605<br>, | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,060.36 | $3,091.08 |
| | | | Page Subtotals: | | $7,841.44 | $4,750.36 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-20347 | Trustee Name: GREGG SZILAGYI | |
| Case Name: Jaylene M Stephens | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX2849 | |
| | Checking | |
| Taxpayer ID No: | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 05/10/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/19/16 | 103 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 17.88 % per court order. | 7100-000 | | $1,051.69 | $2,039.39 |
| 01/19/16 | 104 | Quantum3 Group Llc As Agent For Comenity Bank<br>Po Box 788<br>Kirkland, Wa 98083-0788 | Final distribution to claim 2 representing a payment of 17.88 % per court order. | 7100-000 | | $68.96 | $1,970.43 |
| 01/19/16 | 105 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution | | | $910.16 | $1,060.27 |
| | | N. A. Capital One Bank (Usa) | Final distribution to claim 3 representing a payment of 17.88 % per court order. ($545.03) | 7100-000 | | | |
| | | N. A. Capital One Bank (Usa) | Final distribution to claim 4 representing a payment of 17.88 % per court order. ($365.13) | 7100-000 | | | |
| 01/19/16 | 106 | Cerastes, Llc<br>C O Weinstein,Pinson And Riley, Ps<br>2001 Western Avenue, Ste 400<br>Seattle, Wa 98121 | Final distribution to claim 5 representing a payment of 17.88 % per court order. | 7100-000 | | $535.12 | $525.15 |
| 01/19/16 | 107 | American InfoSource LP as agent for TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final distribution to claim 6 representing a payment of 17.88 % per court order. | 7100-000 | | $510.68 | $14.47 |
| 01/19/16 | 108 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami, Fl 33131-1605 | Final distribution to claim 7 representing a payment of 17.88 % per court order. | 7100-000 | | $14.47 | $0.00 |
| 03/28/16 | 105 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Distribution Reversal | | | ($910.16) | $910.16 |
| | | N. A. Capital One Bank (Usa) | Final distribution to claim 3 representing a payment of 17.88 % per court order. $545.03 | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $2,180.92 | |
|---|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 14-20347 | Trustee Name: | GREGG SZILAGYI |
| Case Name: Jaylene M Stephens | Bank Name: | Associated Bank |
| | Account Number/CD#: | XXXXXX2849 |
| | | Checking |
| Taxpayer ID No: | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 05/10/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | N. A. Capital One Bank (Usa) | Final distribution to claim 4 representing a payment of 17.88 % per court order. $365.13 | 7100-000 | | | |
| 04/27/16 | 109 | Clerk of the U. S. Bankruptcy Court 219 S. Dearborn Street Chicago, Il 60604 | Unclaimed Funds CLAIMS 3 AND 4 OF CAPITAL ONE BANK (USA) NA | 7100-000 | | $910.16 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $7,841.44 | $7,841.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $7,841.44 | $7,841.44 |
| Less: Payments to Debtors | $0.00 | $3,600.00 |
| Net | $7,841.44 | $4,241.44 |

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*     Page Subtotals: $0.00   $910.16

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2849 - Checking | $7,841.44 | $4,241.44 | $0.00 |
|  | $7,841.44 | $4,241.44 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $7,841.44 |
| Total Gross Receipts: | $7,841.44 |